UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

---

LEE SIMMONS,

Plaintiff,

v.

HOYT BRILL, MS. HANSON, R.N. RENS, LPN. MAROTZKE, LT. ARNDT, SGT. BIENUSA, MS. SEIDL, MR. WILLIE, CHIEF O'MALLEY, LT. B. KRUEGER, CO LEMKE, UM ARNDT, STONE, MULLEN, MEYER, RICHES, DR. UNGER, DR. SAM, and THOMAS,

Defendants.

---

Civil File No. 00-1832 (PAM/FLN)

**ORDER**

The Court has received a letter from Plaintiff requesting additional time to file an Amended Complaint. The Court's previous order dated September 12, 2000, gave Plaintiff until October 13, 2000, to file a new pleading. In his recent letter, Plaintiff informed the Court that he would be unable to comply with that deadline, because he has been transferred to a new prison in Wisconsin, and some of his "legal papers" have not yet been delivered to him in his new prison home. He is therefore asking for an extension of the deadline for submitting his Amended Complaint.

Plaintiff's request for an extension will be granted, and he shall be given until December 1, 2000, to file his Amended Complaint. Plaintiff is reminded of the pleading instructions provided in the Court's order of September 12, 2000. Those instructions should be followed carefully, if Plaintiff does indeed file an Amended Complaint.

FILED 10-23-00
...SAL, CLERK
JUDG...
DEPUTY CLERK

It is now evident that Plaintiff does not intend to prosecute this action based on the allegations pleaded in his original complaint. Therefore, if he does not file an Amended Complaint by the revised deadline established by this order, (i.e., December 1, 2000), he will be deemed to have abandoned this action, and it will be recommended that the action be summarily dismissed, without prejudice, pursuant to Fed. R. Civ. P. 41(b).

Based upon the above, and upon all the files, records, and proceedings herein,

**IT IS HEREBY ORDERED** that:

Plaintiff shall have until December 1, 2000, to file an Amended Complaint in conformity with instructions included in the prior order of September 12, 2000, failing which he will be deemed to have abandoned this action.

Dated: October 23, 2000

FRANKLIN L. NOEL
Chief Magistrate Judge

# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

## CIVIL NOTICE

**DATE MAILED TO COUNSEL/PRO SE PARTIES:**

The purpose of this notice is to summarize the time limits for filing with the District Court Clerk's Office a Notice of Appeal to the Eighth Circuit Court of Appeals from a final decision of the District Court in a civil case.

> ***This is a summary only. For specific information on the time limits for filing a Notice of Appeal, review the applicable federal civil and appellate procedure rules and statutes.***

Rule 4(a) of the Federal Rules of Appellate Procedure (Fed. R. App. P.) requires that a Notice of Appeal be filed within:

1. Thirty days (60 days if the United States is a party) after the date of "entry of the judgment or order appealed from;" or
2. Thirty days (60 days if the United States is a party) after the date of entry of an order denying a timely motion for a new trial under Fed. R. Civ. P. 59; or
3. Thirty days (60 days if the United States is a party) after the date of entry of an order granting or denying a timely motion for judgment under Fed. R. Civ. P. 50(b), to amend or make additional findings of fact under Fed. R. Civ. P. 52(b), and/or to alter or amend the judgment under Fed. R. Civ. P. 59; or
4. Fourteen days after the date on which a previously timely Notice of Appeal was filed.

If a Notice of Appeal is not timely filed, a party in a civil case can move the District Court pursuant to Fed. R. App. P. 4(a)(5) to extend the time for filing a Notice of Appeal. This motion must be filed no later than 30 days after the period for filing a Notice of Appeal expires. If the motion is filed after the period for filing a Notice of Appeal expires, the party bringing the motion must give the opposing parties notice of it. The District Court may grant the motion, but only if excusable neglect or good cause is shown for failing to file a timely Notice of Appeal.